UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Melanie Eck,<br><br>       Plaintiff,<br><br>vs.<br><br>CUNA Mutual Group,<br><br>       Defendant. | Civil File No.  08-CV-5143 (PAM/RLE)<br><br>**ORDER FOR DISMISSAL** |

_____

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May __1__, 2009.                    BY THE COURT:


 s/Paul A. Magnuson
Paul A. Magnuson
Judge of United States District Court